| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

MICHAEL L. JORDAN, §
§
　　　　Plaintiff, §
§
versus § CIVIL ACTION NO. 1:06-CV-686
§
ALLSTATE TEXAS LLOYD'S, §
§
　　　　Defendant. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on November 6, 2006. The court has received and considered the report of the United States magistrate judge, who recommends that the court dismiss this case without prejudice.

The magistrate judge's report is hereby **ADOPTED**.  Plaintiff's motion to dismiss (Docket No. 6) is **GRANTED.**  The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

 SIGNED at Beaumont, Texas, this 1st day of December, 2006.

_____
　　　　MARCIA A. CRONE
　　UNITED STATES DISTRICT JUDGE